FILED
U.S. DISTRICT COURT
SAVANNAH
2013 MAY 24 AM 11
CLERK L. moore
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JOSE ORLANDO GARCIA-DURAN, | ) |
| Movant, | ) |
| v. | ) Case No. CV412-221 |
| UNITED STATES OF AMERICA, | ) CR~~401-110~~ 410-100 |
| Respondent. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 21 day of May, 2013.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA